IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LISA VERONICA VARNADOE, )
individually and as Administratrix of the )
Estate of Decedent JOSHUA MARSHALL ) CV 215-160
FOSKEY or as next friend of JENAA )
GRAYCE FOSKEY )
 )
v. )
 )
BRANDON MERRITT individually, and )
PRESTON BOHANNON in his official )
capacity )

## **O R D E R**

The Plaintiff and Defendants in the above-styled action, by and through their respective counsel, have filed a Stipulation of Dismissal with Prejudice of Defendant Preston Bohannon, in his official capacity, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This motion is hereby GRANTED. All claims of Plaintiff against Defendant, Preston Bohannon, are hereby dismissed with Prejudice. All claims of Plaintiff against Defendant Brandon Merritt shall remain pending.

SO ORDERED this 22 day of January, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA